# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: October 2, 2012                    Time in Court: (1 hour and 8 minutes)

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Irene Rodriguez

**TITLE: Academy of Motion Picture Arts and Sciences v. GoDaddy.Com, Inc., et al.**
**CASE NUMBER**: MC12-80192 EJD
Plaintiff Attorney(s) present: Enoch H. Liang
Defendant Attorney(s) present: Aaron McKown and Paula Zecchini
Non-Party Attorney(s) present: Michael Page

### PROCEEDINGS:
**1.) Defendants Motion to Compel Documents and Deposition Testimony from Non-Party Google, Inc. (Doc. 1 )**
**2.) Plaintiffs Motion to Compel Deposition 30(B)(6) Testimony from Non-Party Google, Inc. (Doc. 5)**

Counsel present oral arguments.
The Court takes matters under submission; written order after hearing to be issued.

///