1  LEE TRAN & LIANG, APLC
     James M. Lee (Bar No. 192301)
2    Enoch H. Liang (Bar No. 212324)
3  601 South Figueroa Street, Suite 4025
   Los Angeles, CA 90017
4  Telephone: (213) 612-3737
5  Facsimile:  (213) 612-3773
   *Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences*
6
7  [additional counsel listed on signature page]

8
9                **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                   **SAN JOSE DIVISION**

12  ACADEMY OF MOTION PICTURE     )   Case No.  5:12-mc-80192-EJD
    ARTS AND SCIENCES, a California )
13  nonprofit corporation,        )   Underlying Civil Action Pending in
                                  )   U.S. District Court for the Central
                                  )   District of California, Case No. 2:10-cv-
14              Plaintiff,        )   03738-ABC-CW
15       v.                       )
                                  )
16  GODADDY.COM, INC., a Delaware )
    corporation; THE GODADDY GROUP )   **PLAINTIFF'S NOTICE OF**
16  INC.; a Delaware Corporation;  )   **CHANGE OF SCHEDULING**
    DOMAINS BY PROXY, INC., a     )   **ORDER BY CENTRAL DISTRICT**
17  Delaware Corporation;          )   **OF CALIFORNIA IN THE**
    GREENDOMAINMARKET.COM, an     )   **UNDERLYING CASE**
18  unknown entity; BDS, an        )
    unknown entity; and XPDREAMTEAM LLC, a )
19  California limited liability corporation, )   **[SUBMITTED IN SUPPORT OF**
                                  )   **PLAINTIFF'S MOTION TO**
20              Defendants.       )   **COMPEL FRCP 30(B)(6)**
                                  )   **DEPOSITION TESTIMONY OF**
21                               )   **NON-PARTY GOOGLE, INC.]**
22                               )
                                  )   **Honorable Paul S. Grewal**
23                               )
                                  )
24  ─────────────────────────────)

25
26
27
28

1   **I.    NOTICE OF RULING FROM THE CENTRAL DISTRICT OF**
2        **CALIFORNIA COURT[1]**

3        At the October 2, 2012 hearing, Plaintiff Academy of Motion Picture Arts &
4   Sciences ("AMPAS") informed this Northern District Court that it would seek—
5   together with the GoDaddy defendants—an extension of the deadlines in the
6   underlying case in the Central District of California (the "Underlying Case").

7        On October 8, 2012, AMPAS and the GoDaddy defendants submitted a joint
8   motion to continue the deadlines in the Underlying Case.  [See Attachment A
9   hereto, Dkt. No. 312 in the Underlying Case].  In that joint motion, at par. 3, the
10  parties informed the Central District Court that they needed more time to resolve
11  certain fact discovery issues, "including the Parties' concurrent Motions to Compel
12  30(b)(6) Deposition Testimony of Non-Party Google, Inc., currently pending in the
13  Northern District of California."  [Id.]

14       On October 15, 2012, the Central District Court granted the parties' joint
15  request in the Underlying Case, and extended deadlines an additional 45 days.  For
16  example, the parties' "Initial Expert Reports" were originally due October 29,
17  2012; they are now due December 13, 2012.  [See Attachment B hereto, Dkt. No.
18  313].  The expert discovery cut-off is now not until January 31, 2013.  [Id.]  And
19  the dispositive motion cut-off, which was originally December 17, 2012, has now
20  been pushed to February 7, 2013.  [Id.]  If this Court orders a deposition of Google,
21  there should be ample time before the dispositive motion cut-off for AMPAS to
22  conduct the deposition of Google.

23

24  DATED:  October 17, 2012          By: /s/ Enoch Liang_____

25                                    BOIES, SCHILLER & FLEXNER LLP
26  _____

27  [1] Before filing this Notice of Ruling, counsel notified Google of the Central District of
    California's ruling and provided Google with a copy of this pleading.  Google has
28  indicated that it reserves its right to object to this pleading.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
David Nelson (*pro hac vice*)
dnelson@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
David I. Michaels (SBN 276100)
dmichaels@bsfllp.com
225 Santa Monica Blvd., 11th Fl.
Santa Monica, CA 90401
Tel:  310-395-5800
Fax:  310-578-7898

LEE, TRAN & LIANG APLC
James M. Lee (SBN 192301)
James.lee@ltlattorneys.com
Enoch H. Liang (SBN 212324)
Enoch.liang@ltlattorneys.com
601 South Figueroa Street, Suite 4025
Los Angeles, CA 90017
Tel: 213-612-3737
Fax: 213-612-3773

FOOTE, MEYERS, MIELKE
& FLOWERS LLC
Robert M. Foote (*pro hac vice*)
rmf@foote-meyers.com
Kathleen Chavez (*pro hac vice*)
kchavez@foote-meyers.com
Matthew Herman (*pro hac vice*)
mherman@foote-meyers.com
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Tel: 630-232-6333
Fax: 630-845-8982

PLAINTIFF'S REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL RULE 30(b)(6) DEPOSITION OF
NON-PARTY GOOGLE INC. / CASE NO. 5:12-MC-80192-EJD-PSG

*Attorneys for Plaintiff*

# ATTACHMENT  A

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
David Nelson (*pro hac vice*)
dnelson@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile:   (954) 356-0022

Attorneys for Plaintiff
ACADEMY OF MOTION PICTURE ARTS AND SCIENCES

WRENN BENDER LLLP
Aaron M. McKown, California Bar No. 208781
amckown@wrennbender.com
Paula L. Zecchini, California Bar No. 238731
pzecchini@wrennbender.com
2 Park Plaza, Suite 550
Telephone:   (949) 202-5810
Facsimile:    (949) 679-7939

Attorneys for Defendants
GODADDY.COM, INC., and DOMAINS BY PROXY, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>GODADDY.COM, INC., a Delaware corporation, et al.,<br><br>                    Defendants. | Case No.:  2:10-cv-03738-ABC-CW<br><br>**JOINT MOTION TO CONTINUE TRIAL AND CERTAIN PRETRIAL AND TRIAL DEADLINES**<br><br>**[Filed concurrently with Notice of Joint Motion to Continue Trial and Certain Pretrial and Trial Deadlines and [Proposed] Order]** |

1  Plaintiff ACADEMY OF MOTION ARTS AND SCIENCES ("Academy"),

2  on the one hand, and Defendants GODADDY.COM, INC. ("GoDaddy") and

3  DOMAINS BY PROXY, INC. ( "Defendants") (taken together, the "Parties"), on

4  the other hand, through their respective counsel of record, hereby jointly request

5  the Court continue the trial and certain pretrial and trial deadlines a minimum of

6  forty-five (45) days.  As grounds for the request, the Parties state as follows:

7      1.  The current pretrial and trial deadlines were set by the Court's Order

8  of July 19, 2012, in response to a Joint Motion by the Parties.  (*See* Dkt. 270).  The

9  Court ordered as follows: Initial Expert Reports are due October 29, 2012; Rebuttal

10  Expert Reports are due November 26, 2012; the Expert Discovery Cut-Off is

11  December 10, 2012; the Dispositive Motion Cut-Off is December 17, 2012; the

12  Dispositive Motion Hearing is set for January 29, 2013; the Final Pretrial

13  Conference is set for March 18, 2013; and the Trial is set for April 2, 2013.

14      2.  The Parties initiated informal settlement discussions, which are

15  ongoing.  And while progress has been made, a settlement agreement has not yet

16  been reached.  The Parties wish to avoid the cost of expert discovery while

17  settlement discussions are progressing.

18      3.  In addition, despite the Parties' best efforts, there remain various open

19  discovery issues, which the Parties are diligently working to resolve, including

20  finishing certain 30(b)(6) deposition topics, certain third party depositions—

21  including the Parties' concurrent Motions to Compel 30(b)(6) Deposition

22  Testimony of Non-Party Google, Inc, currently pending in the Northern District of

23  California—and other outstanding written discovery.

24      4.  The Parties agree that a continuance of all remaining pretrial and trial

25  deadlines for a minimum of forty-five (45) days, as well as a continuance of the

26  final pretrial conference and trial, will allow the Parties to continue their settlement

27  discussions and complete the above-referenced discovery with sufficient time to

28

-1-

for experts to prepare their reports, for the Parties to prepare and file any dispositive motions, and for the Parties to prepare their respective cases for trial.

5.     The Parties request: (a) continuance of all pretrial and trial deadlines for a minimum of forty-five (45) days; (b) a continuance of the pretrial conference from the current date of March 18, 2013, for a minimum of forty-five (45) days; (c) a continuance of all due dates for the filing of pretrial and trial materials, including any dispositive motions, for a minimum of forty-five (45) days; and (d) the Court vacate the current April 2, 2013 trial date and reschedule the trial a minimum of forty-five (45) days from the current trial date.  A proposed order is attached.

**SO STIPULATED.**

Dated: October 8, 2012                    **WRENN BENDER LLLP**


                                          By:  /s  Aaron M .McKown
                                                Aaron M. McKown
                                          *Attorneys for Defendants*
                                          GoDaddy.com, Inc. Domains By Proxy, Inc

Dated: October 8, 2012                    **BOIES, SCHILLER & FLEXNER, LLP**


                                          By:  /s Enoch H. Liang

                                          Enoch H. Liang
                                          Stuart Singer (*pro hac vice*)
                                          ssinger@bsfllp.com
                                          David Nelson (*pro hac vice*)
                                          dnelson@bsfllp.com
                                          401 East Las Olas Blvd, Suite 1200
                                          Fort Lauderdale, FL 33301
                                          Tel: 954-356-0011Fax: 954-356-0022

JOINT MOTION TO CONTINUE TRIAL AND
CERTAIN PRETRIAL AND TRIAL DEADLINES

ATTACHMENT A
PG. 000006

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
David I. Michaels (SBN 276100)
dmichaels@bsfllp.com
225 Santa Monica Blvd., 11th Fl.
Santa Monica, CA 90401
Tel:  310-395-5800
Fax:  310-578-7898

LEE, TRAN & LIANG APLC
James M. Lee (SBN 192301)
jml@ltlcounsel.com
Enoch H. Liang (SBN 212324)
ehl@ltlcounsel.com
601 South Figueroa Street, Suite 4025
Los Angeles, CA 90017
Tel: 213-612-3737
Fax: 213-612-3773

FOOTE, MEYERS, MIELKE
& FLOWERS LLC
Robert M. Foote (*pro hac vice*)
rmf@foote-meyers.com
Kathleen Chavez (*pro hac vice*)
kchavez@foote-meyers.com
Matthew Herman (*pro hac vice*)
mherman@foote-meyers.com
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Tel: 630-232-6333
Fax: 630-845-8982

Attorneys for Plaintiff
ACADEMY OF MOTION PICTURE
ARTS AND SCIENCES

JOINT MOTION TO CONTINUE TRIAL AND
CERTAIN PRETRIAL AND TRIAL DEADLINES
ATTACHMENT A
PG. 000007

# PROOF OF SERVICE
CCP 1013a(3) Revised 5/1/88

## <u>AMPAS v. GODADDY.COM, INC.</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2 Park Plaza, Ste. 550, Irvine, California, 92614. My e-mail address is: ljuarez@wrennbender.com.

On October 8, 2012, I served the following document(s) described as: **JOINT MOTION TO CONTINUE TRIAL AND TO EXTEND CERTAIN DEADLINES** on all interested parties in this action by placing [☒] a true copy [☐] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Enoch H. Liang<br>James M. Lee<br>**Lee Tran & Liang APLC**<br>601 South Figueroa Street, Suite 4025<br>Los Angeles, CA 90017 | Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences<br>Phone: 213-612-3737<br>Fax: 213-612-3773<br>E-mail: jml@ltlcounsel.com;<br>ehl@ltlcounsel.com |
| Stuart Singer<br>David Nelson<br>**Boies, Schiller & Flexner LLP**<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301 | Phone: 954-356-0011<br>Fax: 954-356-0022<br>E-mail: ssinger@bsfllp.com;<br>dnelson@bsfllp.com |
| David L. Zifkin, Esq.<br>**Boies, Schiller & Flexner LLP**<br>225 Santa Monica Blvd., 11th Flr<br>Santa Monica, CA 90401 | Phone: 310-395-5800<br>Fax: 310-578-7898<br>Email: dzifkin@bsfllp.com;<br>dmichaels@bsfllp.com |
| Robert M. Foote<br>Kathleen Chavez<br>Matthew Herman<br>**Foote, Meyers, Mielke & Flowers LLC**<br>3 North Second Street, Suite 300<br>St. Charles, IL 60174 | Phone: 630-232-6333<br>Fax: 630-845-8982<br>E-mail: rmf@foote-meyers.com;<br>kchavez@foote-meyers.com; and<br>mherman@foote-meyers.com |

ATTACHMENT A
PG. 000008

[☒] **by CM/ECF NOTICE OF ELECTRONIC FILING** - I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users setforth in the service list obtained from this Court.

[☐] **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[☐] **BY FACSIMILE** - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

[☐] **BY OVERNIGHT DELIVERY** - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[☐] **BY EMAIL** - I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. Each transmission was reported as complete and without error.

[☒] **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 8, 2012, at Irvine, California.

LAURA T. JUAREZ

WRENN BENDER LLLP
2 Park Plaza, Suite 550
Irvine, California 92614

ATTACHMENT A
PROOF OF SERVICE
PG. 000009

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by McKown, Aaron on 10/8/2012 at 5:13 PM PDT and filed on 10/8/2012

| | |
|---|---|
| **Case Name:** | Academy of Motion Picture Arts and Sciences v. GoDaddy.com, Inc. et al |
| **Case Number:** | 2:10-cv-03738-ABC-CW |
| **Filer:** | GoDaddy.com, Inc. |
| **Document Number:** | 312 |

**Docket Text:**
**NOTICE OF MOTION AND Joint MOTION to Continue Trial from April 2, 2013 to May 21, 2013 filed by Defendant GoDaddy.com, Inc.. (Attachments: # (1) Joint Motion to Continue, # (2) Proposed Order re Stipulation to Extend Certain Deadlines)(McKown, Aaron)**

**2:10-cv-03738-ABC-CW Notice has been electronically mailed to:**

Aaron M McKown     amckown@wrennbender.com, cpeisley@wrennbender.com, jdockstader@wrennbender.com, ljuarez@wrennbender.com

Christine Newman Jones     cjones@godaddy.com

David Nelson     dnelson@bsfllp.com

David Irving Michaels     dmichaels@bsfllp.com, tsparks@bsfllp.com, vle@bsfllp.com

David L Zifkin     dzifkin@bsfllp.com, tsparks@bsfllp.com, vle@bsfllp.com

Enoch H Liang     enoch.liang@ltlattorneys.com, lws@ltlcounsel.com

ATTACHMENT A
PG. 000010

James Mitchell Lee      jml@ltlcounsel.com

Kelly William Lewis      klewis@godaddy.com

Matthew J Herman      mherman@foote-meyers.com

Paula L Zecchini      pzecchini@wrennbender.com, jdockstader@wrennbender.com, ljuarez@wrennbender.com

Robert M Foote      rmf@foote-meyers.com

Stuart H Singer      ssinger@bsfllp.com

**2:10-cv-03738-ABC-CW Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

Joshua P Riley
Boles Schiller & Flexner LLP
401 East Las Olas Boulevard Suite 1200
Fort Lauderdale, FL 33301

Kathleen C Chavez
The Chavez Law Firm PC
3 North Second Street, Suite 300
St. Charles, IL 90174

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Notice of Joint Motion to Continue Deadlines 10-8-2012.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/8/2012] [FileNumber=14437562-0
] [2ea5ba30dc3d62748e158ff6f8deb7ba7e1f78179c2834d1608f0c2ff40b45c3a29
23596dfe13f9eca1258e0f9005cf6dad4fde85c3319675389c3a71b0ab2bc]]
**Document description:** Joint Motion to Continue
**Original filename:**C:\fakepath\Joint Motion to Continue Deadlines 10-8-2012.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/8/2012] [FileNumber=14437562-1
] [c122f5d8f9187b2d65886c252d609f2912eb90ac0f167ff0043fcb9f11ff70eb293
ab55a9999a23fc409db817210ec9e868726aba4e57b019fd3ff4f5c89652e]]
**Document description:**Proposed Order re Stipulation to Extend Certain Deadlines
**Original filename:**C:\fakepath\PROPOSED ORDER re Stip to Extend Certain Deadlines.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/8/2012] [FileNumber=14437562-2
] [500a78920d7c77a072abc9073a8f3fb06c7f293fae11ef59d1967ecf4e5173adb5b
df7a49e9011e320daaf6589de3849f4feeaf66bf8a01d03c7a6e945360c31]]

# ATTACHMENT  B

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
David Nelson (*pro hac vice*)
dnelson@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile:   (954) 356-0022

Attorneys for Plaintiff
ACADEMY OF MOTION PICTURE ARTS AND SCIENCES

WRENN BENDER LLLP
Aaron M. McKown, California Bar No. 208781
amckown@wrennbender.com
Paula L. Zecchini, California Bar No. 238731
pzecchini@wrennbender.com
2 Park Plaza, Suite 550
Telephone:   (949) 202-5810
Facsimile:   (949) 679-7939

Attorneys for Defendants
GODADDY.COM, INC., and DOMAINS BY PROXY, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>GODADDY.COM, INC., a Delaware corporation; et al.,<br><br>       Defendants. | Case No.:  2:10-cv-03738-ABC-CW<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND CERTAIN PRETRIAL AND TRIAL DEADLINES** |

1    The Court has read and considered the Joint Motion to Continue Trial and
2    Certain Pretrial and Trial Deadlines as well as the case file in this action. Good
3    cause appearing for the requested relief, the Court orders as follows:

4        1.    The following pretrial and trial deadlines are continued for a
5    minimum of forty-five (45) days, as follows:

6            a.    Initial Expert Reports, previously due on **October 29, 2012**, are
7                  now due on **December 13, 2012**.
8            b.    Rebuttal Expert Reports, previously due on **November 26,
9                  2012**, are now due on **January 10, 2013**.
10           c.    Expert Discovery Cut-Off, previously set for **December 17,
11                 2012**, is now set for **January 31, 2013**.
12           d.    Dispositive Motion Cut-Off, previously set for **December 17,
13                 2012**, is now set for **February 7, 2013**.
14           e.    Dispositive Motion Hearing Date, previously set for **January
15                 29, 2013**, is now set for **March 18, 2013**.

16       2.    The Final Pretrial Conference, previously set for **March 18, 2013**, is
17   now set for **May 6, 2013**.

18       3.    The Trial, previously set for **April 2, 2013**, is now set for **May 21,
19   2013**.

20       DONE AND ORDERED in Chambers in Los Angeles, California on this 15
21   day of October, 2012.

22
23                                    _____
24                                    The Hon. Audrey B. Collins
                                      United States District Judge
25
26
27
28

-1-